IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM D. WILLIAMS,

    Plaintiff,

vs.                                  CASE NO.:  3:05cv479/MCR/MD

BILL BEDINFIELD, et al.,

    Defendants.
    _____/

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 30, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.    This case is also dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), as Plaintiff has had in the past one district court case

**dismissed for failure to state a claim, another district court case dismissed as frivolous, and one appeal dismissed as frivolous.**

**DONE AND ORDERED this 2nd day of February, 2006.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**